IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN JON KIMBALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENSALEM TOWNSHIP | : | NO.  12-5686 |

## O R D E R

     **AND NOW, TO WIT:** this 1st day of February, 2013, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; hence, the Initial Pretrial Conference scheduled for February 4, 2013 at 10:00 a.m. is cancelled.

                              **MICHAEL E. KUNZ**, Clerk of Court

                              S/Rose A. Barber
                              Rose A. Barber
                              Deputy Clerk to
                              Judge Gene E.K. Pratter

Copies forwarded by ECF to:
May Mon Post
John Philip Morgenster
Brian J. Zeiger
Carolyn A. Castagna